IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TARENT BRYANT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-225 (MTT) |
| LIEUTENANT EVANS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 8). The Magistrate Judge recommends denying the Plaintiff's request to proceed in forma pauperis and dismissing the Plaintiff's complaint without prejudice. The Magistrate Judge concluded that, pursuant to 28 U.S.C. § 1915(g), known as the "three strikes" provision of the Prison Litigation Reform Act, the Plaintiff is barred from proceeding in forma pauperis in this action, and therefore recommended dismissing the action. The Plaintiff has filed an objection to the Recommendation. (Doc. 9). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **denied** and this action is **dismissed without prejudice**.

-2-

**SO ORDERED,** this 22nd day of August, 2011.

\

                                                <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT

Case 5:11-cv-00225-MTT   Document 10   Filed 08/22/11   Page 2 of 2